UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

JOAO TOVAR                                              Docket Number: 12 CV 6104 (KBF)

      -against-                                       NOTICE OF ASSIGNMENT

ROBERT INDIANA
--------------------------------------------------------

      The above-entitled action is:

---

[  ] Declined by Hon.
      As   [  ]Related/ [   ] Similar to case #:

---

[  ] Assigned to the Hon.
      [  ] Designated / [  ] Redesignated Hon.                    ,Magistrate Judge

---

[ X ] Accepted by Hon. KATHERINE B. FORREST (KBF)    as [  ] Related/ [ X ] Similar
            to case #:09 CV 6352
      [ X ] Designated  [   ] Redesignated Hon. ANDREW J. PECK (AJP),
      Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                Ruby J. Krajick
                                                Clerk of Court

Dated: 08/29/2012                                       By:    PHYLLIS ADAMIK
                                                            Deputy Clerk