**United States District Court**
**Southern District of New York**
**Docket #12-CV 6104 (KBF)**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 1 2012
```

**Joao Tovar,**

   **Plaintiff**

   v.                                     **Motion For Leave to Withdraw**

**Robert Indiana,**

   **Defendant**

NOW COMES David A. Lourie, Counsel for Joao Tovar in the above matter, and

moves for Leave to Withdraw as Counsel for Joao Tovar.

   David A. Lourie agreed with Mr. Tovar, and Mark W. Moody, Esq. to act

as local counsel to Mr. Tovar, under the direction of Mr. Moody by filing a

complaint in the Superior Court of the State of Maine, after an earlier case

against Mr. Indiana and several other parties brought in was dismissed for lack

of diversity.  The case was removed by Defendant to the United States District

Court for the State of Maine to deal with issues raised under Federal statutes,

and was subsequently transferred to the United States District Court for the

Southern District of New York where I am not admitted to practice, and cannot

effectively practice.

   This Motion is supported by affidavit, and has been served on Mr. Tovar,

Counsel for Defendant, and upon Mark Warren Moody, esq., via e-mail, in

addition to mailing as stated in the attached Certificate.

   Wherefore Counsel for Plaintiff requests that he be permitted to withdraw

as Counsel, and that the Court provide Mr. Tovar a reasonable opportunity to

obtain substitute counsel if Mr. Moody is unwilling or unable to enter his

appearance.

September 26, 2012

David A. Lourie, Maine Bar #1041
Attorney for Plaintiff Tovar
189 Spurwink Avenue
Cape Elizabeth, Maine 04107
david@lourielaw.com

Application granted. Mr. Lourie terminated. Counsel shall notify his former client immediately & his obligation to appeal and respond to all Court directives. Oct. 5 conference will go forward as scheduled.

**SO ORDERED:**

10/1/12

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

**United States District Court**
**Southern District of New York**
**Docket #12-CV 6104 (KBF)**

Joao Tovar,

    **Plaintiff**

    v.               **Affidavit**

Robert Indiana,

    **Defendant**

NOW COMES David A. Lourie, and deposes as follows:

1.    I am a lawyer licensed to practice in the Courts of the State of Maine.

2.    I am not admitted to practice in the State of New York, or in the United States District Court for the Southern District of New York.

3.    I was approached by Mark W. Moody, Esq., on behalf of Joao Tovar, to act as "local counsel" in litigation to be brought in the State of Maine upon claims between the same parties dismissed *without prejudice* by the United States Court for the Southern District of New York for lack of diversity among the parties.

4.    Mr. Moody stated his belief that a "global settlement" was imminent. I agreed to an hourly rate capped at a percentage of what Mr. Moody was to receive under an agreement with Mr. Tovar which I have never seen.

5.    I filed the complaint against Robert Indiana, a resident of the State of Maine, in the Maine Superior Court upon the understanding that Mr. Moody would assist me in prosecuting the claim if it was not settled. I

1

(Counsel for Defendant:)

September 26, 2012                  _David A. Lourie, Maine Bar #1041_

alleged essentially the same claims dismissed without prejudice by the United States Court for the Southern District of New York.

6.   There was no settlement.  Instead, Defendant removed the case to the United States District Court for the State of Maine, filed motions to dismiss and to transfer the case to the United States Court for the Southern District of New York.

7.   I filed objections to both motions.  However, Judge Hornby granted Defendant's Motion to Transfer the case to the Southern District of New York, and left the Motion to Dismiss to be decided in that Court.

8.   I have been forwarding copies of all docket entries in the Maine District Court, and in this Court, by e-mail to both Mr. Tovar and to Mr. Moody as soon as they were received by me.

9.   I have repeatedly asked that Mr. Moody take over the case, or that Mr. Tovar make arrangements with Mr. Moody or another lawyer to take it over.

10.   I have repeatedly requested that Mr. Moody (who is apparently now in Australia) enter his appearance via ECF, as I understand that he is admitted to the United States Court for the Southern District of New York.  However, he has not done so, although Mr. Moody is also far more familiar with the merits, nor has he stated that he will do so.

11.   I have also requested that Mr. Tovar obtain substitute counsel admitted to practice in the Southern District of New York if Mr. Moody was unable

or unwilling to do so.

12.   Leave to withdraw is requested, as I find myself in the impossible

position of prosecuting a case in a distant Court in which I am not

licensed to practice, with whose rules I am unfamiliar.

September 26, 2012

David A. Lourie, Maine Bar #1041
Attorney for Plaintiff Tovar
189 Spurwink Avenue
Cape Elizabeth, Maine 04107
david@lourielaw.com

Personally appeared the above named David A. Lourie and made oath that the
statements above are true and correct, and of his own personal knowledge.

Date: 9/26/12

Notary Public

ALANA B. MERRILL
Notary Public, Maine
My Commission Expires December 10, 2017

CERTIFICATE OF SERVICE

I hereby certify that I have deposited copies of the above Motion by
depositing same in the United States Mail, postage prepaid to the following
persons:

Joao Tovar
10 Boulavard Belgique
98000 Monaco

Mark Warren Moody, esq
M W MOODY, LLC
5 Peck Slip, #2
New York, New York 10038

Judith Wallace, Esq.
Carter Ledyard & Milburn, LLP
2 Wall Street
New York, NY 10005-2072
(Counsel for Defendant:)

September 26, 2012

David A. Lourie, Maine Bar #1041

3