```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOAO TOVAR,                         :
                                    :     12 Civ. 6104 (KBF)
                    Plaintiff,      :
          -v-                       :     ORDER
                                    :
ROBERT INDIANA,                     :
                                    :
                    Defendant.      :
------------------------------------X
```

KATHERINE B. FORREST, District Judge:

As set forth at the conference on October 5, 2012, it is hereby

ORDRED that plaintiff may submit an additional ten-page (double-spaced) [KBF] response to defendant's motion to dismiss no later than **October 17, 2012**. Defendant may respond to that submission no later than **October 29, 2012**.

IT IS FURTHER ORDERED that the Court will hold a conference on **November 15, 2012, at 10 a.m.**

SO ORDERED:

Dated: New York, New York
       October 5, 2012

_____
Katherine B. Forrest
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 05 2012