```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOAO TOVAR,                                                 :
                                                            :
                                                            :
                        Plaintiff,                          :
                -v-                                         :
                                                            :
ROBERT INDIANA,                                             :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: November 9, 2012

12 Civ. 6104 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for November 15, 2012, at 10 a.m. is ADJOURNED.

    The Court will decide the motion to dismiss on the papers.

    SO ORDERED:

Dated: New York, New York
        November 9, 2012

                                            _____
                                                  Katherine B. Forrest
                                             UNITED STATES DISTRICT JUDGE